**Robert Joseph KING, Plaintiff–Appellant,**

**v.**

**CAPTAIN BARNES; Captain English; Vincent Calloway, major; M. Richard Fragala; Georges C. Benjamin, Doctor, Defendants–Appellees.**

No. 02–6678.

United States Court of Appeals, Fourth Circuit.

Submitted June 19, 2002.

Decided July 1, 2002.

Robert Joseph King, Appellant Pro Se. Daniel Joseph O'Brien, Jr., Assistant Attorney General, Baltimore, Maryland, for Appellees.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Robert Joseph King appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp.2001) complaint. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. *See King v. Barnes*, No. CA–01–3830–DKC (D.Md. Mar. 25, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*